BEFORE THE FIRST DIVISION, JULY 15, 1958

**No. 62177.**—Esso Standard Oil Co. *v.* United States, protests 302774–K and 320434–K (New York).

Opinion by WILSON, J.   It was stipulated that 144,532 gallons of naphthenic acid, weighing 8.155 pounds per gallon and appraised at 9 cents per pound, were imported on the entry the subject of protest 302774–K and that 100,395 gallons, weighing 8.166 pounds per gallon and appraised at 9 cents per gallon, were imported on the entry the subject of protest 320434–K.   In accordance therewith, it was held that the merchandise covered by protest 302774–K is subject to duty at

6¼ percent under paragraph 1, as modified, *supra*, on a dutiable value of $106,079, together with the applicable internal revenue tax, and the merchandise covered by protest 320434–K on a dutiable value of $73,784.30, together with the applicable internal revenue tax.